**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| M. GREGG BLOCHE, M.D and <br> JONANTHAN H. MARKS <br><br> Plaintiffs, <br> v. <br><br> DEPARTMENT OF DEFENSE <br> 1600 Defense Pentagon <br> Washington, DC 20301-1600 <br><br> COUNTERINTELLIGENCE FIELD ACTIVITY <br> 1600 Defense Pentagon <br> Washington, DC 20301-1600 <br><br> DEFENSE ADVANCED RESEARCH <br> PROJECTS AGENCY <br> 3701 North Fairfax Drive <br> Arlington, VA 22203 <br><br> DEPARTMENT OF DEFENSE <br> DEFENSE INTELLIGENCE AGENCY <br> Building 6000- Room 2E-238 <br> Washington, DC 20340-5100 <br><br> DEPARTMENT OF THE ARMY <br> 101 Army Pentagon <br> Washington, DC 20310-0101 <br><br> DEPARTMENT OF THE NAVY <br> 1000 Navy Pentagon <br> Washington, DC 20350-1000 <br><br> UNITED STATES AIR FORCE <br> 1670 Air Force Pentagon <br> Washington, DC 20330-1670 <br><br> CENTRAL INTELLIGENCE AGENCY <br> 7C-24 Original Headquarters Building <br> Washington, DC 20505 <br><br> and <br><br> OFFICE OF THE DIRECTOR OF | Civil Action No. 07-cv-2050 (HHK) |

| | |
|---|---|
| NATIONAL INTELLIGENCE<br>Washington, DC 20511 | )<br>)<br>) |
| Defendants. | )<br>) |

## DEFENDANTS' UNOPPOSED MOTION
## FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), defendants United States Department of Defense, the Counterintelligence Field Activity, the Defense Advanced Research Projects Agency, the Defense Intelligence Agency, the Department of the Army, the Department of the Navy, the United States Air Force, the Central Intelligence Agency, and the Office of the Director of National Intelligence, hereby move for an enlargement of time until January 14, 2008, in which to respond to plaintiffs' Complaint. This request is made in good faith and with good cause, as set forth below:

1. This case was filed on November 13, 2007, and served on the United States' Attorney Office November 14, 2007. Because this action arises under the Freedom of Information Act, 5 U.S.C. § 552, absent an enlargement of time, defendants' answer would be due on December 14, 2007.

2. There are nine different agencies or agency components named as defendants and all nine have not yet been able to provide to undersigned counsel the information necessary to respond to the Complaint. In light of employees' vacation schedules for the upcoming holiday season, the agencies and components believe an additional month will be necessary to gather and provide the necessary information.

3. Pursuant to Local Rule 7(m), undersigned counsel contacted plaintiffs' counsel, who represented that plaintiffs do not oppose the requested extension.

4. A proposed order granting defendants' unopposed motion accompanies this motion.

For the reasons set forth above, defendants respectfully request that its unopposed motion for enlargement of time until January 14, 2008, to file a response to plaintiffs' Complaint be granted.

December 14, 2007

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney


  /s/ Elizabeth J. Shapiro
ELIZABETH J. SHAPIRO (DC # 418925)
Assistant Director
U.S. DEPARTMENT OF JUSTICE
Federal Programs Branch, Civil Division
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel: (202) 514-5302 - Fax: (202) 616-8470
Email:Elizabeth.Shapiro@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M. GREGG BLOCHE, M.D and<br>JONANTHAN H. MARKS<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, et. al.<br><br>Defendants. | Civil Action No. 07-cv-2050 (HHK) |

[Proposed] **ORDER**

After consideration of Defendants' Unopposed Motion for an Enlargement of Time to Respond to the Complaint, and after finding good cause therein,

IT IS HEREBY ORDERED that Defendants' motion for an extension until January 14, 2008, to file a response to Plaintiffs' Complaint is GRANTED.

SO ORDERED.

Dated: _____          _____
                            United States District Court Judge