UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M. GREGG BLOCHE and<br>JONATHAN H. MARKS,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, et al.,<br><br>Defendants. | Civil Action 07-02050  (HHK) |

### ORDER

It is this 17th day of January, 2008, hereby

**ORDERED** that the parties shall confer and submit a proposed order setting forth deadlines for the submission of dispositive motions on or before February 8, 2008.  If the parties are unable to agree, each shall file its own proposed order.

Henry H. Kennedy, Jr.
United States District Judge