IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M. GREGG BLOCHE, M.D and<br>JONANTHAN H. MARKS<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, et al.<br><br>Defendants. | Civil Action No. 07-cv-2050 (HHK) |

**DEFENDANTS' RESPONSE TO COURT ORDER OF JANUARY 17, 2008**

Plaintiffs filed the complaint in this Freedom of Information Act (FOIA) case on November 13, 2007. The complaint involves 4 different FOIA requests sent to 9 different defendants: the Department of Defense (DoD), Counterintelligence Field Activity (CIFA), the Defense Advanced Research Projects Agency (DARPA), the Defense Intelligence Agency (DIA), the Department of the Army (Army), the Department of the Navy (Navy), the United States Air Force (Air Force), the Office of the Director of National Intelligence (ODNI), and the Central Intelligence Agency (CIA). Defendants answered the complaint on January 14, 2008.

In responding to the FOIA requests, three defendants (CIFA, Navy and Air Force) indicated that their searches located no responsive documents, and one defendant (CIA) declined to indicate whether it had responsive documents (a Glomar response). Subsequently, all defendants agreed to search or re-search for records responsive to the FOIA requests.

Defendants provided the following realistic estimates of when their respective searches will be completed:

| Defendant | Estimated Search Completion Date |
|---|---|
| DoD | 3/31/08 (except United States Central Command (area of responsibility includes Iraq and Afghanistan) which will need until 7/31/08 to search and process) |
| CIFA | completed |
| DARPA | completed |
| DIA | 4/7/08 (includes processing) |
| Army | 4/1/08 |
| Navy | 5/1/08 (includes processing) |
| Air Force | 3/27/08 |
| ODNI | 2/29/08 |
| CIA | 7/31/08 (includes processing) |

Defendants have provided plaintiffs with the number of responsive documents located thus far for each defendant.

Defendants provided the following realistic estimates of when their processing of the documents will be completed, noting that since the searches are not yet completed the estimates are based on what they have located thus far and their experience with other FOIA searches and processing, and noting that coordination among defendants will be required:

| Defendant | Estimated Processing Completion Date |
|---|---|
| DoD | 5/1/08 (except United States Central Command (area of responsibility includes Iraq and Afghanistan) which will need until 7/31/08 complete processing) |
| CIFA | 5/1/08 |
| DARPA | 5/1/08 |
| DIA | 4/7/08 |
| Army | 5/1/08 |
| Navy | 5/1/08 |
| Air Force | 5/1/08 |
| ODNI | 6/30/08 |
| CIA | 7/31/08 |

Defendants will release documents on a rolling basis, with the final documents released

when processing is completed. Seven of the nine defendants estimate that they will complete processing by May 1st. Only two of the defendants and one component of DoD estimate that they will require more time.

Defendants have determined that they will not be able to complete searching and processing on the schedule plaintiffs have proposed. Plaintiffs' proposed schedule anticipates that the parties will return to the Court with motions, including motions for extensions, whereas Defendants' proposal includes realistic dates based on currently-available information. Plaintiffs' proposed schedule simply does not provide nine defendants with enough time to do a meaningful search and to carefully process the documents responsive to four FOIA requests.

Plaintiffs have asked the Court to order defendants to provide Vaughn indices and declarations a month before defendants' summary judgment brief is due. Under the law, such an order would not be appropriate. Vaughn indices are filed contemporaneously with motions for summary judgment. See Schwarz v. Dep't of Treasury, 131 F. Supp. 2d 142, 147 (D.D.C. 2000) ("The requirement for detailed declarations and Vaughn indices is imposed in connection with a motion for summary judgment." ); U.S. Committee on Refugees v. Dep't of State, No. 91-3303, 1992 WL 35089, *1 (D.D.C. Feb. 7, 1992) ("The preparation of a Vaughn index is unwarranted before the filing of dispositive motions in FOIA actions because 'the filing of a dispositive motion, along with detailed affidavits, may obviate the need for indexing the withheld documents'.") (citations omitted); Stimac v. U.S. Dep't of Justice, 620 F. Supp. 212, 213 (D.D.C. 1985) ("the preparation of a Vaughn Index would be premature before the filing of dispositive motions"). Correspondingly, until defendants are ready to move for summary judgment they will not know precisely the contours of the information at issue, nor will they be able to assess in the

appropriate context the justifications for any withholdings.

Defendants would be prepared to file a dispositive motion 45 days after processing is completed for each defendant (which filing would, if necessary, include the Vaughn indices and declarations plaintiffs seek), and defendants propose one brief for all defendants when processing is completed rather than piecemeal motions. The CIA and one component of DoD (United States Central Command) estimate that they can complete searching and processing by the end of July (they are the defendants requiring the most time), thus defendants propose filing their dispositive motion on September 15, 2008. (This proposal takes into account that the defendants will need to coordinate their positions and that coordinating with so many different counsel and agency personnel in August will be challenging.)

A proposed order setting forth these dates is attached.

February 8, 2008

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO (DC # 418925)
Assistant Director

/s/ Susan K. Ullman
SUSAN K. ULLMAN (DC # 426874)
Senior Counsel
U.S. DEPARTMENT OF JUSTICE
Federal Programs Branch, Civil Division
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel: (202) 616-0680 - Fax: (202) 616-8470

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M. GREGG BLOCHE, M.D and JONANTHAN H. MARKS<br><br>  Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, et. al.<br><br>  Defendants. | Civil Action No. 07-cv-2050 (HHK) |

[Proposed] **ORDER**

After consideration of the parties' responses to this Court's Order of January 17, 2008,

IT IS HEREBY ORDERED:

Defendants will process and release documents responsive to the FOIA requests on a rolling basis, with all releasable documents provided to plaintiffs on or before July 31, 2008.

Defendants will file any dispositive motions on or before September 15, 2008.

Plaintiffs will file any opposition to those motions on or before October 15, 2008.

Defendants will file any reply brief on or before November 5, 2008.

SO ORDERED.

Dated: _____

_____
Henry H. Kennedy, Jr.
United States District Court Judge