IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

M. GREGG BLOCHE, M.D and )
JONANTHAN H. MARKS )
)
Plaintiffs, )
)
v. ) Civil Action No. 07-cv-2050 (HHK)
)
DEPARTMENT OF DEFENSE, et. al. )
)
Defendants. )

## ORDER

After consideration of the parties' responses to this Court's Order of January 17, 2008,

IT IS HEREBY ORDERED:

Defendants will process and release documents responsive to the FOIA requests on a rolling basis, with all releasable documents provided to plaintiffs on or before July 31, 2008.

Defendants will file any dispositive motions on or before September 15, 2008.

Plaintiffs will file any opposition to those motions on or before October 15, 2008.

Defendants will file any reply brief on or before November 5, 2008.

SO ORDERED.

Dated: 2/11/08

Henry H. Kennedy, Jr.
United States District Court Judge