IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M. GREGG BLOCHE, M.D and<br>JONANTHAN H. MARKS<br><br>        Plaintiffs,<br><br>  v.<br><br>DEPARTMENT OF DEFENSE, et al.<br><br>        Defendants. | Civil Action No.  07-cv-2050 (HHK) |

**DEFENDANTS' UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME TO RELEASE DOCUMENTS**

Pursuant to Fed. R. Civ. P. 6(b), Defendants the United States Department of Defense (DoD), the Department of the Navy (Navy) and the United States Air Force (Air Force), hereby move for an enlargement of time to search for, process, and release documents responsive to the four Freedom of Information Act requests that underlie this lawsuit.  The request is made in good faith and with good cause, as set forth below:

    1.  Pursuant to this Court's Order of February 11, 2008, the nine defendants in this litigation were to search for, process and release all releasable documents on or before July 31, 2008.

    2.  As of July 31, 2008, six of the nine defendants – Counterintelligence Field Activity (CIFA), the Defense Advanced Research Projects Agency (DARPA), the Defense Intelligence Agency (DIA), the Department of the Army (Army), the United States Air Force (Air Force), the Office of the Director of National Intelligence (ODNI), and the Central Intelligence Agency (CIA) – have completed searching, processing and releasing of all releasable documents.

    3.  The remaining three defendants – DoD, Navy, and Air Force – have all searched,

processed and released releasable documents, as well, but not all components of those entities have completed searching, processing and releasing.

    4. The additional time needed is as follows:

        DoD components:
            U.S. Criminal Investigation Task Force (CITF) has completed all searches and has processed and released some documents, but needs until August 8, 2008 to complete processing and release.

            U.S. Central Command (CENTCOM) has completed all searches and has processed and released some documents, but needs until August 8, 2008 to complete processing and release.

        Navy:
            Three components of the Navy still need to complete searching for documents. The Navy aims to complete processing and releasing of any additional documents by August 27, 2008.

        Air Force components:
            Secretary of the Air Force - General Counsel's Office has not yet completed searching on all four FOIA requests and will require until August 27, 2008 to complete processing and release.

            Office of Special Investigations has completed searching, processing and releasing for three of the four FOIA requests, but needs until August 8, 2008, to complete processing and releasing for the remaining FOIA request.

            District of Washington has completed searching, processing and releasing for three of the four FOIA requests, but needs until August 20, 2008, to complete processing and releasing for the remaining FOIA request.

            Judge Advocates has completed searching, processing and releasing for three of the four FOIA requests, but needs until August 27, 2008, to complete searching, processing and releasing for the fourth request.

    5. The additional time is necessary due to changes in personnel, heavy workloads, and the fact that while processing releasable documents the Defendants learned of other components that should also search for responsive records.

6. Pursuant to Local Civil Rule 7(m), undersigned counsel has conferred with counsel for Plaintiffs, who consent to the requested enlargement of time.

7. A proposed order granting Defendants' unopposed motion accompanies this motion.

8. No prejudice will result from the enlargement of time.

## CONCLUSION

For the reasons set forth above, Defendants respectfully request that their unopposed motion for enlargement of time until August 27, 2008, be granted.

July 31, 2008

JEFFREY S. BUCHOLTZ
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO (DC # 418925)
Assistant Director

   /s/ Susan K. Ullman
SUSAN K. ULLMAN (DC # 426874)
Senior Counsel
U.S. DEPARTMENT OF JUSTICE
Federal Programs Branch, Civil Division
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel: (202) 616-0680 - Fax: (202) 616-8470

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M. GREGG BLOCHE, M.D and <br> JONANTHAN H. MARKS <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF DEFENSE, et. al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.  07-cv-2050 (HHK) <br> ) <br> ) <br> ) <br> ) <br> ) |

[Proposed] **ORDER**

After consideration of Defendants' Unopposed Motion for Enlargement of Time to Release Documents,

    IT IS HEREBY ORDERED:

    Defendant Department of Defense (DoD) component Criminal Investigation Task Force (CITF) will process and release any additional relealeasable documents responsive to the FOIA requests on or before August 8, 2008.

    DoD component U.S. Central Command (CENTCOM) will process and release any additional releasable documents responsive to the FOIA requests on or before August 8, 2008;

    The Department of the Navy will process and release any additional releasable documents responsive to the FOIA requests on or before August 27, 2008;

    The Secretary of the Air Force - General Counsel's Office will process and release releasable documents responsive to the FOIA requests on or before August 27, 2008;

    The Air Force's Office of Special Investigation will process and release releasable documents responsive to the FOIA requests on or before August 8, 2008;

    The Air Force's District of Washington will process and release releasable documents responsive to the FOIA requests on or before August 20, 2008; and

       The Air Force's Judge Advocates will process and release releasable documents responsive to the FOIA requests on or before August 27, 2008.

       SO ORDERED.


Dated: _____     _____
                                                      Henry H. Kennedy, Jr.
                                                      United States District Court Judge