IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 0 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

M. GREGG BLOCHE, M.D and )
JONANTHAN H. MARKS )
)
Plaintiffs, )
)
v. ) Civil Action No. 07-cv-2050 (HHK)
)
DEPARTMENT OF DEFENSE, et. al. )
)
Defendants. )
)

## ORDER

After consideration of Defendants' Unopposed Motion for Enlargement of Time to Release Documents,

IT IS HEREBY ORDERED:

Defendant Department of Defense (DoD) component Criminal Investigation Task Force (CITF) will process and release any additional relealeasable documents responsive to the FOIA requests on or before August 8, 2008.

DoD component U.S. Central Command (CENTCOM) will process and release any additional releasable documents responsive to the FOIA requests on or before August 8, 2008;

The Department of the Navy will process and release any additional releasable documents responsive to the FOIA requests on or before August 27, 2008;

The Secretary of the Air Force - General Counsel's Office will process and release releasable documents responsive to the FOIA requests on or before August 27, 2008;

The Air Force's Office of Special Investigation will process and release releasable documents responsive to the FOIA requests on or before August 8, 2008;

The Air Force's District of Washington will process and release releasable documents responsive to the FOIA requests on or before August 20, 2008; and

The Air Force's Judge Advocates will process and release releasable documents responsive to the FOIA requests on or before August 27, 2008.

SO ORDERED.

Dated: 8/1/08

Henry H. Kennedy, Jr.
United States District Court Judge