UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M. GREGG BLOCHE, M.D., and JONATHAN H. MARKS,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, et al.,<br><br>Defendants. | Civil Action 07-02050  (HHK)(JMF) |

ORDER REFERRING MOTION TO
UNITED STATES MAGISTRATE JUDGE JOHN M. FACCIOLA

It is this 15th day of August 2008, hereby

**ORDERED** that plaintiffs' motion for an order compelling defendant Central Intelligence Agency to process two of plaintiffs' FOIA requests [#10] is referred pursuant to LCvR 72.2(a) to United States Magistrate Judge John M. Facciola for his determination. Henceforth, and until this referral is terminated, ALL filings related to this motion shall include the initials of the assigned Magistrate Judge, "JMF," in the caption next to the initials of the undersigned judge**.**  *See* LCvR 5.1(f).

                                                             Henry H. Kennedy, Jr.
                                                             United States District Judge