# REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-I

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 05:552 Freedom of Information Act |
|---|---|

| CASE NO: 07-cv-2050 | DATE REFERRED: AUGUST 15, 2008  DISPOSITION DATE: | PURPOSE: REFERRAL OF MOTION TO COMPEL (DOC #10) | JUDGE: HENRY H. KENNEDY, JR. | MAG. JUDGE JOHN M. FACCIOLA |
|---|---|---|---|---|

| PLAINTIFF (S): M. GREGG BLOCHE, ET AL. | DEFENDANT(S): DEPARTMENT OF DEFENSE, ET AL. |
|---|---|

ENTRIES: