IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M. GREGG BLOCHE, M.D and <br> JONATHAN H. MARKS <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF DEFENSE, *et al.* <br><br> Defendants. | Civil Action No.  07-cv-2050 (HHK/JMF) |

**DEFENDANT CENTRAL INTELLIGENCE AGENCY'S NOTICE OF
DATE TO PROVIDE *VAUGHN* INDEX**

The May 28, 2009, Joint Stipulation for Amendment of Complaint, Responses to Certain Requests Addressed Therein, and Extension of Time for Remaining Requests provides that on or before January 27, 2010, Defendant Central Intelligence Agency (CIA) "will inform the Court of a date certain by which it will provide *Vaughn* indexes for any withholdings in response to the Second or Third Requests." Pursuant to the Stipulation, the CIA has already agreed to provide a *Vaughn* index for its withholdings in response to the First and Fourth Requests on or before September 27, 2010.  The CIA will provide the remainder of the *Vaughn* index on or before November 19, 2010.  Counsel for Defendants has informed counsel for Plaintiffs of this date.

January 27, 2010                              TONY WEST
                                              Assistant Attorney General

                                              CHANNING D. PHILLIPS
                                              Acting United States Attorney

                                              ELIZABETH J. SHAPIRO (DC # 418925)
                                              Deputy Director

                                                /s/ Susan K. Ullman
                                              SUSAN K. ULLMAN (DC # 426874)
                                              Senior Counsel
                                              U.S. DEPARTMENT OF JUSTICE
                                              Federal Programs Branch, Civil Division
                                              20 Massachusetts Avenue, N.W.
                                              Washington, D.C. 20530
                                              Tel: (202) 616-0680 - Fax: (202) 616-8470

                                              Attorneys for Defendant CIA